# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Equal Employment Opportunity Commission, | |
| Plaintiff, | **ORDER FOR STATUS CONFERENCE** |
| and | |
| Erica David, | |
| Plaintiff-Intervenor, | |
| vs. | |
| East 40, Inc., d/b/a 40 Steak & Seafood, | |
| Defendant. | Case No. 1:18-cv-260 |

**IT IS ORDERED:**

A status will be held before the magistrate judge on December 3, 2019, at 10:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 10th day of June, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court