# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER SCHEDULING STATUS CONFERENCE RE DISCOVERY** |
| and | ) ) | **DISPUTE** |
| Erica Davidson, | ) ) | |
| vs. | ) ) | |
| East 40, Inc., d/b/a 40 Steak & Seafood, | ) ) | Case No. 1:18-cv-260 |
| Defendant. | ) | |

A status conference will be held before the magistrate judge on February 28, 2020, at 9:00 a.m. CST by telephone. To participate in the conference, counsel should call Tel. No. (877) 810-9415 and enter Access Code 8992581.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2020.

                                         */s/ Clare R. Hochhalter*
                                         Clare R. Hochhalter, Magistrate Judge
                                         United States District Court